UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                                            CASE NUMBER: 8:06-cr-340-T-26MSS

RONALD SELL

_____/

## ORDER REVOKING SUPERVISED RELEASE
## AND
## JUDGMENT AND COMMITMENT

Pursuant to notice, a Final Revocation of Supervised Release hearing was held in open

court on September 27, 2006. The defendant appeared with counsel, Mary Mills. Also present

was the Probation Officer and Assistant United States Attorney Matthew Perry.

At the hearing, the defendant knowingly, intelligently and voluntarily admitted the

allegations of violation of supervised release to violations five and six of the petition. The Court,

therefore, **FINDS** that the defendant has substantially and materiably violated the terms and

conditions of his supervised release and that there is just cause for revocation of defendant's

supervised release. It is, therefore, **ORDERED AND ADJUDGED:**

1.     The Judgment of Supervised Release entered herein on July 24, 2002, in the

United States District Court, Southern District of Florida, as to the above-named defendant is

hereby **REVOKED.**

2.     The defendant, RONALD SELL, is hereby committed to the custody of the

Bureau of Prisons for imprisonment for a period of **SIX (6) MONTHS.**

Page Two

3.    The Court grants the Government's oral motion to dismiss violations One, Two,

Three and Four of the Petition.

4.    The Court recommends the defendant be allowed to serve his sentence at the

Coleman facility.

DONE AND ORDERED, At Tampa, Florida, this 27th day of September 2006.

RICHARD A. LAZZARA
United States District Judge


cc:    U.S. Attorney - Matthew Perry
       Defense Counsel - Mary Mills
       Defendant - c/o Counsel
       U.S. Marshal
       U.S. Bureau of Prisons
       U.S. Probation